oral arguments of attorneys for the contending parties;

And it appearing that after the jury had returned both a general verdict for the plaintiff, now appellant, in this action for damages for alleged malicious prosecution and also a special verdict in the form of answers favorable to the plaintiff in response to questions submitted in writing, the district judge entered judgment for defendants *non obstante veredicto* pursuant to Civil Procedure Rule 50(b), 28 U.S.C.A.;

And inasmuch as the motion of defendants' attorney made before the case was submitted to the jury, while not so termed by him, was actually in substance and effect a motion for a directed verdict and was so considered by the trial judge;

And it further appearing that the record discloses that the defendants had probable cause justifying their instigation of the arrest and prosecution of the plaintiff;

And inasmuch as the record reveals no substantial evidence that the defendants acted maliciously in so doing;

The judgment of the District Court entered *non obstante veredicto* is affirmed.

and Samuel M. Singer, Attorneys, National Labor Relations Board, all of Washington, D. C., on the brief), for American Federation of Hosiery Workers, for petitioner.

No argument by respondents.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

This is a petition by the National Labor Relations Board to enforce an order rendered against the respondents. An examination of the record shows that the Board's conclusions are based upon substantial evidence and that the terms of the Board's order are responsive to the facts found.

The petition for enforcement will, therefore, be granted and a form of decree may be submitted.

---

**UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant, v. PORTAGE BITUMINOUS COMPANY et al., Appellee.**

No. 11209.

United States Court of Appeals
Sixth Circuit.

Feb. 5, 1951.

Dwight Parsons, Akron, Ohio (Buckingham, Doolittle & Burroughs, Akron, Ohio, of counsel), for appellant.

Frank P. Kaufmann, Akron, Ohio and C. M. Horn, Cleveland, Ohio (Englebeck, Cotton & Kaufmann, Akron, Ohio, Squire, Sanders & Dempsey, Cleveland, Ohio, Wise, Roetzel, Maxon, Kelly & Andress and Slabaugh, Guinther, Jeter & Pflueger, all of Akron, Ohio, McKeehan, Merrick, Arter & Stewart, Cleveland, Ohio, and Hartz & Hartz, Akron, Ohio, of counsel), for appellee.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. L. B. HOSIERY CO., Incorporated, and Lee Maisel, Doing Business as Myerstown Hosiery Mills, Respondents.**

No. 10362.

United States Court of Appeals
Third Circuit.

Argued Feb. 21, 1951.

Decided March 1, 1951.

Franklin C. Milliken, Washington, D. C., Julian E. Goldberg, Philadelphia, Pa. (George J. Bott, General Counsel, David P. Findling, Associate General Counsel, A. Norman Somers, Asst. General Counsel,